**\*E-FILED\***
**July 26, 2007**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXA INTERNET, | No. C 07-01715 RS |
|     Plaintiff, | |
|   v. | ORDER CONTINUING CASE MANAGEMENT CONFERENCE |
| RON HORNBAKER, | |
|     Defendant. | |

At the request of the plaintiff and good cause appearing therefor,

The case management conference in the above-captioned matter currently set for August 1, 2007 at 2:30 p.m. is continued to **October 3, 2007 at 2:30 p.m.**  The last day for the parties to complete initial disclosures or state objections in Rule 26(f) Report, to file and serve their Rule 26(f) Report and file and serve their Joint Case Management Statement shall be September 26, 2007.

IT IS SO ORDERED.

Dated: July 26, 2007

RICHARD SEEBORG
United States Magistrate Judge

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER WAS ELECTRONICALLY PROVIDED TO:**

Rachel R. Davidson     rachel.davidson@klgates.com, julia.alvarez@klgates.com, kimberly.flores@klgates.com, perry.brooks@klgates.com

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.

Dated: July 26, 2007

                CHAMBERS OF MAGISTRATE JUDGE RICHARD SEEBORG

                By:    /s/BAK