| | |
|---|---|
| 1<br>2<br>3<br>4 | Rachel R. Davidson (State Bar No. 215517)<br>KIRKPATRICK & LOCKHART PRESTON<br>GATES ELLIS LLP<br>55 Second Street, Suite 1700<br>San Francisco, California 94105-3493<br>Telephone: (415) 882-8200<br>Facsimile: (415) 882-8220 |
| | *E-FILED 8/14/07* |

Attorneys for Plaintiff
Alexa Internet

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXA INTERNET, a California corporation,<br><br>                                        Plaintiff,<br>     v.<br>RON HORNBAKER, a California resident,<br><br>                                        Defendant. | Case No. C 07-01715 RS<br><br>[PROPOSED] ORDER RE STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE |

**PURSUANT TO THE PARTIES' STIPULATION, IT IS SO ORDERED:**

   Plaintiff ALEXA INTERNET and Defendant RON HORNBAKER's Stipulation and

Proposed Order for Voluntary Dismissal with Prejudice in the above entitled case is Granted.

Dated: August 14, 2007

_____
United States Magistrate Judge

---

[PROPOSED] ORDER RE STIPULATION FOR
VOLUNTARY DISMISSAL WITH PREJUDICE
Case No. C 07-01715 RS

1

Printed on Recycled Paper